UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY J. BISI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHASE BANK, NA,<br><br>　　　　Defendant. | No. 2:23-cv-02180-DJC-SCR<br><br><br>ORDER |

Plaintiff is proceeding pro se in this matter, which was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On March 4, 2025, the Magistrate Judge filed findings and recommendations which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 27. Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

　　1. The findings and recommendations filed March 4, 2025, are adopted in full;

　　2. Defendant's Motion to Dismiss (ECF No. 6) is GRANTED and Plaintiff's claims

are dismissed with leave to amend;

3. Plaintiff shall file any amended complaint within 21 days of this Order; and

4. The matter is referred back to the United States Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated: __**March 25, 2025**__

*/s/ Daniel J. Calabretta*
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE