UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BISI, | No. 2:23-cv-2180-DJC-SCR |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| CHASE BANK, NA, | |
| Defendant. | |

Plaintiff is proceeding pro se in this action, which was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636. On March 4, 2025, this Court issued Findings and Recommendations (ECF No. 27) recommending that Defendant's motion to dismiss be granted and that Plaintiff be allowed leave to file a first amended complaint ("FAC") within 21 days. The Findings and Recommendations were adopted in full by District Judge Calabretta on March 26, 2025. ECF No. 31. Judge Calabretta's order directed that any amended complaint be filed within 21 days of the Order. A FAC was thus due by April 16, 2025. Plaintiff has not filed a FAC. A review of the file further reflects that Plaintiff has not filed anything in this matter since April 2024.

Good cause appearing, **IT IS HEREBY ORDERED** that **Plaintiff shall show cause, in writing, within 14 days**, why the failure to file a FAC should not result in a recommendation that

1

this case be dismissed for failure to prosecute and failure to comply with an order of the Court pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 110.  Plaintiff may respond by filing a FAC that complies with the Court's prior orders (ECF Nos. 27 & 31).  If Plaintiff fails to timely respond to this order, the Court will recommend dismissal of this case.

     **SO ORDERED**.

DATED: April 25, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE