UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BISI<br><br>            Plaintiff,<br><br>     v.<br><br>CHASE BANK, N.A,<br><br>            Defendant.<br><br>―――――――――――――――――<br><br>BISI ET AL,<br><br>            Plaintiffs,<br><br>     v.<br><br>JP MORGAN CHASE BANK, N.A.,<br><br>            Defendant. | No. 2:23-cv-02180-DJC-SCR<br><br><br><br><br><br><br><br><br>No. 2:25-cv-01075-DJC-CKD<br><br><br>RELATED CASE ORDER |

    Defendant JPMORGAN CHASE BANK, N.A. has filed a notice of related cases in both of the above-captioned actions.  Examination of these actions reveals that they are related within the meaning of Local Rule 123(a).  Here, "both actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial

1

effort." Local Rule 123(a)(3).  Accordingly, the assignment of these matters to the same judge is likely to lead to a substantial savings of judicial effort and is likely to be convenient for the parties.

The parties should be aware that while relating cases under Rule 123 causes the actions to be assigned to the same judge, it does not consolidate the actions. Under Rule 123, related cases are generally assigned to the judge to whom the first filed action was assigned.  Here, both cases have been assigned to District Judge Daniel J. Calabretta, but to different magistrate judges.  Because the older case file, 2:23-cv-02180-DJC-SCR is assigned to Magistrate Judge Sean C. Riordan, who has already issued Findings and Recommendations related to that case, the newer case, 2:25-cv-01075-DJC-CKD will be reassigned from Magistrate Judge Carolyn K. Delaney to Magistrate Judge Sean C. Riordan.

In accordance with Rule 123, it is ORDERED that *Bisi et al v. JP Morgan Chase Bank, N.A.*, 2:25-CV-01075-DJC-CKD is reassigned to Magistrate Judge Sean C. Riordan.  Henceforth, the caption in the reassigned case shall be shown as *Bisi et al v. JP Morgan Chase Bank, N.A.*, 2:25-CV-01075-DJC-SCR.  It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this arrangement.

IT IS SO ORDERED.

Dated:  **May 13, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

DJC5 – Bisi223cv02180, Bisi225cv01075.related_cases

2