UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BISI,<br><br>    Plaintiff,<br><br>    v.<br><br>CHASE BANK, NA,<br><br>    Defendant. | No.  2:23-cv-2180-DJC-SCR<br><br><br>ORDER |

Plaintiff is proceeding pro se, in this action which was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On May 19, 2025, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 35.  Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1.  The findings and recommendations filed May 19, 2025, are adopted in full;

    2.  This action is dismissed with prejudice; and

1

3. The Clerk is directed to enter judgment and close this case.

IT IS SO ORDERED.

Dated: **June 24, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Bisi2180.801